Submitted October 28, affirmed December 1, 2021, petition for review denied February 3, 2022 (369 Or 211)

In the Matter of L. A. G.,
a Child.

DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*

*v.*

C. A. G.,
aka C. A. W.,
*Appellant.*

Lincoln County Circuit Court
19JU02103; A175958 (Control)

In the Matter of X. F. G.,
aka X. G., a Child.

DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*

*v.*

C. A. G.,
aka C. A. W.,
*Appellant.*

Lincoln County Circuit Court
19JU02102; A175959

In the Matter of K. J. G.,
a Child.

DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*

*v.*

C. A. G.,
*Appellant.*

Lincoln County Circuit Court
19JU02104; A175960

In the Matter of R. M. G.,
aka R. G., a Child.

DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*

*v.*

C. A. G.,
aka C. A. W.,
*Appellant.*

Lincoln County Circuit Court
19JU02101; A175961

500 P3d 770

Sheryl Bachart, Judge.

George W. Kelly filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Inge G. Wells, Assistant Attorney General, filed the brief for respondent.

Before Lagesen, Presiding Judge, and James, Judge, and Kamins, Judge.

PER CURIAM

Affirmed.

**PER CURIAM**

In this consolidated appeal, mother appeals judgments terminating her parental rights to four of her children. Our review is *de novo*. ORS 19.415(3)(a). Having considered the record in light of the parties' arguments, we are in agreement with the juvenile court's assessment of the evidence, as set forth in its careful and detailed opinions as to each child in these matters, and are persuaded that the judgments on appeal should be affirmed.

Affirmed.